UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL P TARAS,

    Plaintiff,

  v.

U.S. ATTORNEYS, ST. LOUIS SECRET
SERVICE EZELL, SPECIAL AGENT ROSS,
FEDERAL GOVERNMENT, and CHIEF
JUSTICE JAMES L. FOREMAN,

    Defendants.

Case No. 12-cv-79-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court for case management. Plaintiff Michael P. Taras filed this lawsuit on January 26, 2012. However, he has not yet paid the $350 filing fee for this action, nor has he filed a motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

**IT IS HEREBY ORDERED** that on or before March 9, 2012, the plaintiff shall pay the $350 filing fee applicable to this action. In the alternative, the plaintiff may file a motion to proceed *in forma pauperis*, supported by an affidavit that includes a statement of his assets. Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not he is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that, should Plaintiff fail to comply in a timely manner with this order, this case will be dismissed for failure to comply with an order of this Court. Fed. R. Civ. P. 41(b); *see, generally, Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v.*

*Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**
**DATED: February 14, 2012**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**