UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL P. TARAS,

        Plaintiff,

    v.                                                                                 Case No. 12-cv-79-JPG

U.S. ATTORNEY, ST. LOUIS SECRET SERVICE
EZELL, UNITED STATES GOVERNMENT, and
CHIEF JUDGE JAMES L. FOREMAN,

        Defendants.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**DATED: May 24, 2012**                     **NANCY J. ROSENSTENGEL, Clerk of Court**


                                             **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**