UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL P. TARAS,

              Plaintiff,

       v.

U.S. ATTORNEY, ST. LOUIS SECRET SERVICE
EZELL, UNITED STATES GOVERNMENT, and
CHIEF JUDGE JAMES L. FOREMAN,

            Defendants.

Case No. 12-cv-79-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**DATED: May 24, 2012**       **NANCY J. ROSENSTENGEL, Clerk of Court**


                          **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**